AO 94 (10/82)

## COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

DISTRICT: Eastern District of CA

UNITED STATES OF AMERICA
V.

America Lishet Figueroa

DOCKET NO.

FILED
NOV 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MAGISTRATE CASE NO.: 1:07-mj-263 DLB

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
[X] indictment   [ ] information   [ ] complaint   [ ] Other (specify)

charging a violation of ____ U.S.C. §

DISTRICT OF OFFENSE: Western District of Michigan

DATE OF OFFENSE: 2-1998 – 12.17.98

DESCRIPTION OF CHARGES:

21 USC 846, 841(a)(1)

BOND IS FIXED AT $ detained

Eastern District of CA
DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/5/07
Date

DENNIS L. BECK, U.S. Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |